UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MCKINSEY & COMPANY, INC., NATIONAL
PRESCRIPTION OPIATE CONSULTANT
LITIGATION     MDL No. 2996

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −21)

On June 7, 2021, the Panel transferred 17 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2021). Since that time, 74 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of June 7, 2021, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 20, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California

by: Elizabeth C. Garcia
Deputy Clerk
Date: 1/20/2022

**IN RE: MCKINSEY & COMPANY, INC., NATIONAL
PRESCRIPTION OPIATE CONSULTANT
LITIGATION**                                                                 MDL No. 2996

### SCHEDULE CTO−21 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 21−01289 | Putnam County School Board v. McKinsey & Company, Inc. United States et al |
| **HAWAII** | | | |
| HI | 1 | 21−00496 | Kauai County v. McKinsey & Company, Inc. |
| HI | 1 | 21−00503 | Hawaii County v. McKinsey & Company, Inc. |
| **KENTUCKY WESTERN** | | | |
| KYW | 3 | 21−00734 | Bullitt County Board of Education et al v. McKinsey & Company, Inc., et al |
| **MAINE** | | | |
| ME | 1 | 21−00366 | REGIONAL SCHOOL UNIT 34 BOARD OF EDUCATION et al v. MCKINSEY & COMPANY INC et al |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 21−12888 | Charter Township of Canton, Michigan et al v. McKinsey and Company, Inc. |
| **MICHIGAN WESTERN** | | | |
| MIW | 1 | 21−01045 | Branch, County of et al v. McKinsey and Company, Inc. |
| **MINNESOTA** | | | |
| MN | 0 | 22−00048 | Red Lake Band of Chippewa Tribe et al v. McKinsey and Company, Inc. |
| **OHIO NORTHERN** | | | |
| OHN | 4 | 21−02346 | Board of Education of Boardman Local Schools et al v. Mckinsey & Company, Inc. et al |
| **TENNESSEE EASTERN** | | | |
| TNE | 3 | 21−00413 | |

|  |  |  | Campbell County, Tennessee et al v. McKinsey and Company, Inc. (TV2) |
|---|---|---|---|
| TENNESSEE WESTERN | | | |
| TNW | 1 | 21−01204 | Lexington, Tennessee et al v. McKinsey and Company, Inc. |
| VIRGINIA EASTERN | | | |
| VAE | 2 | 21−00654 | City of Norfolk VA v. McKinsey and Company, Inc. |
| VAE | 3 | 21−00775 | City of Richmond, VA v. McKinsey and Company, Inc. |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 2 | 21−00613 | Boone County Commission et al v. McKinsey and Company, Inc. |
| WISCONSIN WESTERN | | | |
| WIW | 3 | 21−00770 | Dane County, Wisconsin v. McKinsey and Company, Inc. |